UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CUI HOA LAM | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 2:23-cv-00885 |
| | * | |
| GULF OFFSHORE LOGISTICS, L.L.C., | * | SECTION " " MAG. |
| REC MARINE LOGISTICS, LLC AND | * | |
| ATLANTIC SPECIALTY INSURANCE | * | |
| COMPANY | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **COMPLAINT**

Plaintiff, Cui Hoa Lam, a person of the full age of majority and a citizen of the United States residing in the Parish of Terrebonne, State of Louisiana, brings this action against Gulf Offshore Logistics, L.L.C., REC Marine Logistics, LLC and Atlantic Specialty Insurance Company and avers the following:

1.

Jurisdiction is based upon the General Maritime Law.

2.

The said defendant is indebted unto petitioner in amounts to be determined by this Honorable Court, together with legal interest therein, from date of judicial demand, until paid, and for all costs of these proceedings, for this, to-wit:

3.

On or about September 9, 2022, two tugs pulling a Hillcorp drilling rig were traveling in Bayou Dulac in Terrebonne Parish, Louisiana when they crashed into the M/V CAPT. KEVIN, which was docked near 160 Old Bridge Road, Dulac, Louisiana. The M/V CAPT. KEVIN is a

vessel in navigation owned and operated by petitioner, Cui Hoa Lam.

4.

Defendant, Gulf Offshore Logistics, L.L.C., is believed to own the vessel which was steering the Hillcorp drilling rig at the time of the crash.

5.

Defendant, REC Marine Logistics, LLC, is believed to own the second vessel which was involved in the crash.

6.

Defendant, Atlantic Specialty Insurance Company, is believed to be the insurer of the tugs involved in the crash.

7.

As a result of said crash , petitioner suffered severe property damage to his motor vessel, the CAPT. KEVIN, and loss of revenue as a result of the collision which was due to the negligence of defendants in the sum of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS.

8.

Petitioner in no way caused or contributed to the cause in this said accident, or resulting damages, but the said accident and its results were caused by the negligence of defendants, which consisted of the following:

    a.    Failing to maintain proper control of the tug;

    b.    Failing to maintain a proper lookout;

    c.    Failing to take proper evasive actions;

    d.    Operating the tug in a careless and reckless manner without due regard for the

property and safety of others; and

    e.     Any and all acts of negligence which would be proven at trial.

9.

The damages caused by the described accident have caused petitioner prolonged revenue loss, crew share loss, lost business, rental expenses, property damage, loss of use and/or depreciation of the vessel,, loss of past and future earnings, loss of future earning capacity.

10.

As a result of this accident, the CAPT. KEVIN sustained damages, in an amount which will be proven at trial.

WHEREFORE, petitioner, Cui Hoa Lam, prays for judgment against defendants, Gulf Offshore Logistics, L.L.C., REC Marine Logistics, LLC and Atlantic Specialty Insurance Company in the sum of SEVENTY-FIVE THOUSAND AND N0/100 ($75,000.00) DOLLARS, together with legal interest thereon from date of judicial demand, and with all costs and disbursements of this action and for all appropriate and equitable relief.

Respectfully submitted by:

/s/ *John M.Robin*

_____
JOHN M. ROBIN, LSBA #11341
ZACHARY D. RHODES, LSBA #38063
CATHERINE M. ROBIN, LSBA #37398
600 COVINGTON CENTER
COVINGTON, LOUISIANA 70433
TELEPHONE: 985-893-0370
FAX: 985-893-2511
johnmrobin@johnmrobinlaw.com

3

**SERVICE VIA WAIVER OF SERVICE:**

**Gulf Offshore Logistics, L.L.C.**
Through Registered Agent:
Todd P. Danos
4535 Highway 308
Raceland, LA 70394

**REC Marine Logistics, LLC**
Through Registered Agent:
Ronald Elie Chaddock
4535 Highway 308
Raceland, LA 70394

**Atlantic Specialty Insurance Company**
Through Registered Agent:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809